UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CAROL BOWMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:24-cv-00520-JRS-MJD |
| | ) | |
| INDIANA FAMILY & SOCIAL SERVICES ADMINISTRATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**
**TELEPHONIC DISCOVERY CONFERENCE**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter is now set for a Telephonic Discovery Conference on **Monday, December 23, 2024 at 12:00 p.m. (Eastern)**. The purpose of the conference is to address all discovery disputes then pending between the parties. Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

The parties must satisfy their meet-and-confer requirements regarding a discovery dispute as required by Local Rule 37-1. *See Loparex, LLC v. MPI Release Tech., LLC*, No. 1:09-CV-1411-JMS-TAB, 2011 WL 1871167, at *5 (S.D. Ind. May 16, 2011) (holding that "the local rule contemplates an actual meeting with a date, time, and place—whether by telephone, videoconference, or (if counsel's location permits) preferably face-to-face"). Therefore, to the extent necessary to satisfy their meet-and-confer requirements, counsel for the parties are ordered to conduct a proper meet-and-confer regarding their dispute on or before **11:00 a.m. (Eastern) on December 20, 2024**.

On or before **2:00 p.m. (Eastern) on December 20, 2024**, the parties are to email the Court at MJDinsmore@insd.uscourts.gov, with a copy to each other, a brief outline of any disputes, their

respective positions on the issue(s), a copy of the discovery requests and responses at issue (if any), and any other documents they would like the Court to review in advance of the conference.

    SO ORDERED.

Dated: 13 DEC 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.