UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CAROL BOWMAN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 2:24-cv-00520-JRS-MJD |
| | ) |
| INDIANA FAMILY & SOCIAL | ) |
| SERVICES ADMINISTRATION, et al., | ) |
| | ) |
| Defendants. | ) |

# [PROPOSED] ORDER ON STIPULATION FOR DISMISSAL

The Court, having considered the parties' Joint Stipulation for Dismissal of Plaintiffs' claims against Defendants without prejudice, hereby orders that all of Plaintiffs' claims against Defendants in the above-captioned matter are dismissed without prejudice, with each party to bear his, her or its own costs and attorneys' fees.

**SO ORDERED**.

Dated: _____

_____
JUDGE, United States District Court
Southern District of Indiana