UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CAROL BOWMAN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 2:24-cv-00520-JRS-MJD |
| | ) |
| INDIANA FAMILY & SOCIAL SERVICES ADMINISTRATION, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON STIPULATION FOR DISMISSAL**

The Court, having considered the parties' Joint Stipulation for Dismissal of Plaintiffs' claims against Defendants without prejudice, hereby orders that all of Plaintiffs' claims against Defendants in the above-captioned matter are dismissed without prejudice, with each party to bear his, her or its own costs and attorneys' fees.

**SO ORDERED**.

Date: 4/30/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.